UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> REGENCY CENTERS, L.P., et al., <br><br> Defendants. | Case No. 19-cv-07968-SK <br><br> **ORDER TO SHOW CAUSE** <br><br> Regarding Docket No. 5 |

Plaintiff filed this action on December 4, 2019. Pursuant to the scheduling order entered on December 5, 2019, the last day for Plaintiff to file a Notice of Need for Mediation was April 30, 2020. (Dkt. 5.) To date, Plaintiff has not yet done so. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than October 5, 2020 why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: September 21, 2020

_____
SALLIE KIM
United States Magistrate Judge