UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REGENCY CENTERS, L.P., et al.,<br><br>　　　　Defendants. | Case No. 19-cv-07968-SK<br><br>**FURTHER ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 19 |

On September 21, 2020, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute. In light of Plaintiff's response, the Court discharged this OSC but ordered the parties to meet and confer by video conference by no later than October 21, 2020, to discuss how the parties may proceed without a joint site inspection, and to file a stipulation or differing proposals for scheduling new deadlines by no later than October 28, 2020. This deadline has passed, and the parties failed to file their required stipulation or differing proposals. Therefore, the Court *again* ORDERS Plaintiff to Show Cause in writing by no later than November 13, 2020 why this case should not be dismissed for failure to prosecute. It is Plaintiff's responsibility to proceed diligently. Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: November 3, 2020

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge